UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-cv-21592-GAYLES

**ALEXANDER RAMIREZ**,

              Plaintiff,

v.

**SUPERSONIC OF FLORIDA, INC.,
JUAN C. GONZALEZ, and NIDIA
HERNANDEZ**,

              Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** comes before the Court on Plaintiff's Motion to Enforce Settlement Agreement [ECF No. 21]. The Court has reviewed the Motion and the record and is otherwise fully advised.

On June 8, 2020, the Court approved a confidential settlement agreement (the "Settlement Agreement") resolving this action. [ECF No. 20]. Plaintiff Alexander Ramirez, Defendant Supersonic of Florida, Inc. ("Supersonic"), and Defendant Juan C. Gonzalez ("Gonzalez") are the only parties and signatories to the Settlement Agreement. While Nidia Hernandez was named a party to the lawsuit, she is not a party or signatory to the Settlement Agreement, which specifically states that Hernandez is not an employer under the FLSA. Accordingly, the Motion is denied to the extent Plaintiff seeks to enforce the Settlement Agreement against Hernandez.

In addition, the Motion indicates that Supersonic and Gonzalez have made two of the four payments required under the Settlement Agreement, totaling $10,000. Therefore, Plaintiff is only entitled to judgment in the amount of $10,000, which reflects the unpaid balance due under the

Settlement Agreement.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Enforce Settlement Agreement [ECF No. 21] is **GRANTED in part**.

2. Final Judgment is entered in favor of Plaintiff Alexander Ramirez and against Defendants Supersonic of Florida, Inc. and Juan C. Gonzalez, jointly and severally. Plaintiff Alexander Ramirez shall recover from Defendants Supersonic of Florida, Inc. and Juan C. Gonzalez, jointly and severally, the sum of $10,000, for which let execution issue.

3. The Court retains jurisdiction to award costs and reasonable attorney's fees to be taxed against Defendants Supersonic and Gonzalez upon Plaintiff's motion and over any post-judgment supplementary proceedings in aid of execution.

4. Judgment debtors, Supersonic and Gonzalez, shall complete under oath the corresponding "Fact Information Sheet" attached to this Final Judgment, including all required attachments, and serve it on Plaintiff's attorney, Anthony F. Sanchez, P.A., 6701 Sunset Drive, Suite 101, Miami, Florida 33143, within 45 days from the date of this Final Judgment, unless the Final Judgment is satisfied or post-judgment discovery is stayed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of December, 2020.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE