**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-21592-CIV-GAYLES/OTAZO-REYES**

ALEXANDER RAMIREZ,

       **Plaintiff,**

v.

SUPERSONIC OF FLORIDA, INC.
JUAN C. GONZALEZ, et al.,

       **Defendants.**

                              /

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Plaintiff Alexander Ramirez's Bill of Costs [ECF No. 26] and Verified Motion for Attorney's Fees [ECF No. 29] (collectively, the "Motions"). The Motions were referred to Magistrate Judge Otazo-Reyes pursuant to 28 U.S.C. § 636. [ECF No. 40]. On June 7, 2021, Judge Otazo-Reyes issued her report recommending that the Court grant the Motions in part (the "Report"). [ECF No. 40]. No party has timely objected to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has reviewed the record and finds no clear error with Judge Otazo-Reyes's well-reasoned analysis and conclusion that the Motions should be granted in part. Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) The Report [ECF No. 40] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2) Plaintiff Alexander Ramirez's Bill of Costs [ECF No. 26] and Verified Motion for Attorney's Fees [ECF No. 29] are **GRANTED in PART**;

(3) Plaintiff shall be awarded $5,960.00 in attorney's fees plus $40.50 in costs for a total award of $6000.50, for which Defendants shall be jointly and severally liable.[1] For that sum, execution shall issue.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of July, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

---

[1] On June 16, 2021, Defendant Juan C. Gonzalez filed a Suggestion of Bankruptcy Proceeding, [ECF No. 43], and on June 17, 2021, Magistrate Judge Otazo-Reyes stayed the case as to Defendant Gonzalez only, [ECF No. 44]. That stay remains in effect.